UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 19-62301-CIV-CANNON/Reid

**NATIKA GRIFFIN**,

    Petitioner,

v.

**STATE OF FLORIDA**,

    Respondent.

_____/

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

**THIS MATTER** comes before the Court upon the Report and Recommendation of Magistrate Judge Lissette M. Reid (the "Report") [ECF No. 18], entered on January 19, 2021. In the Report, Judge Reid recommends that the Court deny the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 [ECF No. 1] (the "Petition") on the merits, that no Certificate of Appealability be issued, and that this case be closed by the Clerk of Court. The Petitioner has not filed an objection to the Report, and the time for filing objections has passed. The Court, having reviewed the Report, the Petition, the record, applicable law, and being in full agreement with the recommendations of Judge Reid, hereby **ORDERS** that Judge Reid's Report [ECF No. 18] is **ADOPTED** in full:

1. The Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 [ECF No. 1] is **DENIED**;

2. No certificate of appealability shall issue;

3. Final judgment will be entered in a subsequent Court Order;

4. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions.

CASE NO. 19-62301-CIV-CANNON/Reid

**DONE AND ORDERED** in Fort Pierce, Florida, this 9th day of February 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record